IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

J.W. GREEN                                                                                                PLAINTIFF

VS.                                                               CIVIL ACTION NO. 5:03CV532-KS-JMR

MEDIA GENERAL OPERATIONS, INC.
*DIB/A* WJTV                                                                                          DEFENDANT

## AGREED ORDER TO DISMISS

THIS MATTER having come on for hearing by agreement of the parties and the parties having announced to the Court that they resolved to dismiss the claim set forth in the Complaint filed by Mr. J.W. Green as the Plaintiff is now deceased and the claim of defamation is not a "personal action" for purposes of the survival statute at § 91-7-273 of the Mississippi Code Annotated and the Court having considered said announcement of the parties, does hereby find, order and adjudicate as follows:

IT IS HEREBY ORDERED AND ADJUDICATED that the Complaint filed herein by J.W. Green in the proceeding entitled .*1. W Green v. Media General Operations, Inc. d/b/a WJTV,* Cause No. 5:03cv532-KS-JMR on the docket of the United States District Court for the Southern District of Mississippi and all claims associated therewith is hereby dismissed with prejudice.

SO ORDERED, this the 21st day of April, 2006.

*s/ Keith Starrett*

UNITED STATES DISTRICT JUDGE

Agreed:

<u>/Jeremy P. Diamond</u>
Robert C. Latham (MSB 1076)
Jeremy P. Diamond (MSB 101800)
TRULY, SMITH & LATHAM, PLLC
Attorney for Plaintiff,
J.W. Green
P.O. Box 1307
Natchez, Mississippi 39121

<u>S/Justin L. Matheny</u>
Luther T. Munford (MSB 3653)
Justin L. Matheny (MSB 100754)
PHELPS DUNBAR LLP
Attorney for Defendant,
Media General Operations, Inc. d/b/a WJTV
P.O. Box 23066
Jackson, Mississippi 39225